# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JIMMY GETTINGS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRITTNEY COULLAHAN, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 2:15-cv-02174-GMN-NJK<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE KOPPE** |

Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered November 20, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by December 7, 2015. No objection was filed by that deadline, however, Plaintiff did file a Motion to Withdraw Complaint (ECF No. 4) in which he acknowledges this Court to be an improper venue. The Court has reviewed the record in this case and agrees with Magistrate Judge Koppe's recommendation that Plaintiff's Complaint (ECF No. 1-1) be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED and ADOPTED in full.** Plaintiff's Complaint (ECF No. 1-1) is dismissed with prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Withdraw Complaint (ECF No. 4) is **DENIED as moot.**

The Clerk shall enter judgment accordingly and close the case.

**DATED** this __18__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court